UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIHAL ERKAN, on behalf of herself and all others similarly situated,

                Plaintiffs,

      -against-

ERIE BASIN, LLC,

                Defendant.
-----------------------------------------------------------------X

Case No. 24-CV-2136 (NG)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees to either party. IT IS FURTHER STIPULATED AND AGREED that faxed/electronic signatures shall serve as original signatures on this stipulation.

| ELLENOFF GROSSMAN & SCHOLE LLP | MARS KHAIMOV LAW, PLLC |
|---|---|
| By: _/s/ Valerie Bluth_<br>Valerie J. Bluth<br>1345 Avenue of the Americas, 11th Fl.<br>New York, New York 10105<br>(212) 370-1300<br><br>*Attorneys for Defendant* | By: _/s/ Mars Khaimov_<br>Mars Khaimov<br>100 Duffy Ave., Suite 510<br>Hicksville, New York 11801<br>(929) 324-0717<br>*Attorneys for Plaintiff* |
| Dated: New York, New York<br>       July 16 , 2024 | Dated: Hicksville, New York<br>       June 27 , 2024 |

So Ordered.

/s/ (NG)

October 2, 2024

{01374496.DOCX.3}